■ In the Matter of CHARLES SORKIN, an Attorney. — Motion, insofar as it seeks immediate reinstatement denied, and insofar as it seeks reinstatement, the motion is held in abeyance and a reference ordered as indicated in the order of this court. Concur — Kupferman, J.P., Sullivan, Ross, Carro and Lupiano, JJ.